General Complaint

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

Lijie Li,_____        Case Number: _____

   Plaintiff.

VS.

Chongqingruikeweikejiyouxiangongsi, and_____

Shenzhen Shi Luoying Dianzi Shangwu Youxian Gongsi,_____

   Defendants.

## I. JURISDICTION

This action arises under 35 U.S.C. § 271 and 28 U.S.C. § 1331. The Court has subject-matter jurisdiction because this case concerns infringement of a United States design patent (USD1086819S). Venue is proper in the Eastern District of Texas because Defendants conduct substantial commercial activity within the United States through the Amazon.com marketplace and avail themselves of U.S. commerce.

## II. ATTEMPT TO SECURE COUNSEL

Plaintiff has consulted with private counsel regarding potential representation. Due to cost considerations and timing constraints, Plaintiff has been unable to retain legal counsel and

therefore proceeds pro se.

## III. PREVIOUS LAWSUITS

Plaintiff has not previously filed any lawsuits in federal or state court.

## IV. STATEMENT OF CLAIM

Plaintiff is the owner of U.S. Design Patent USD1086819S, which protects the ornamental design of a distinctive dual-bar magnetic knife holder characterized by an asymmetric two-bar configuration consisting of a larger upper rectangular bar and a smaller lower bar, connected by two struts shown in broken lines. The upper-large / lower-small bar relationship, including their relative proportions, massing, alignment, and visual interaction, forms the dominant overall visual impression of the patented design.

Defendants operate Amazon.com storefronts and sell products that adopt the same upper-large / lower-small dual-bar design, presenting a substantially identical overall visual impression to that of USD1086819S. Plaintiff purchased one such accused product (Amazon ASIN B0D8TN7KNB) on August 12, 2025, and confirmed through physical examination that the accused product copies the same asymmetric dual-bar structure, bar proportions, relative spacing, and front/top/bottom visual appearance.

Plaintiff further states that the physical sample purchased from Defendant 1 represents the same infringing design sold by both defendants. As demonstrated in Exhibit B, the product sold by Defendant 2 displays the same ornamental features, proportions, and overall visual appearance as

the purchased sample. Therefore, the sample is a valid representative exemplar for both defendants.

Although Defendants changed the lower bar from a square cross-section to a circular one, this modification is immaterial under the ordinary-observer test because it does not alter the perceived ornamental design. The two-strut configuration is also non-claim-limiting because the struts appear in broken lines in the patent drawings. Thus, Defendants' product incorporates all claim-defining ornamental features that create the patented overall visual impression.

As a result, Defendants have infringed Plaintiff's design patent under 35 U.S.C. § 271.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Order Defendants to stop selling infringing products (permanent injunction);

2. Require Defendants to disgorge **all profits** obtained from infringing sales pursuant to 35 U.S.C. § 289;

3. Award any further relief deemed just and proper.

Signed this 25th day of November, 2025.

**Signature:** *Lijie Li*

**Lijie Li (Pro Se Plaintiff)**

jlus25@hotmail.com